UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

JOSEPH J. TOTH,                             :
      Petitioner                        :
                                        :
  v.                                    : CIVIL NO. 3:CV-06-0002
                                        :
CAMERON LINDSAY,                            : (Judge Kosik)
      Respondent                        :

# O R D E R

**NOW, THIS 9th DAY OF JANUARY, 2006, IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Clerk of Court is directed to serve a copy of the above-captioned petition for writ of habeas corpus, supporting memorandum and affidavit (Docs. 1-3) and this Order by certified mail on the Respondent and the United States Attorney.

2. Within twenty (20) days from the date of this Order, Respondent shall file an answer and memorandum of law in response to the allegations in the petition for writ of habeas corpus.

3. Petitioner shall, if he so desires, file a reply brief within fifteen (15) days of receipt of the Respondent's filings.

4. A determination whether the Petitioner should be produced for a hearing will be held in abeyance pending the filing of Respondent's answer and memorandum of law, and, if any, the Petitioner's reply.

                                            s/Edwin M. Kosik
                                        United States District Judge